UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-20454-CR-GRAHAM

UNITED STATES OF AMERICA

v.

BRUCE BERTMAN,
JERRY POOLE,
    and
CHARLES ARNOLD, a/k/a "Chuck"



FILED by _____ D.C.

JAN 10 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## GOVERNMENT'S STATEMENT OF ALLEGATIONS OF THE CASE

The United States, by and through its undersigned Assistant United States Attorney, respectfully submits this staement of the allegations of the case. In response thereto, the government asserts the following:

In early 2001, an agent of the Federal Bureau of Investigation, acting in an undercover capacity, posed as a corrupt trader for a United States-based representative of a fictitious offshore mutual fund which was represented to have a number of investors who had invested millions of dollars in the fund. Two cooperating witnesses posed as corrupt stock promoters who presented prospective stock deals to the Fund.

The Indictment alleges that from on or about February 15, 2001, through on or about March 15, 2001, the defendants Bruce Bertman, Jerry Poole, Charles "Chuck" Arnold, Ray Hutchison and Cris Sagnelli committed various acts of wire fraud, mail fraud, securities fraud and did knowingly and willfully conspire and agree with each other to commit these same offenses. The Indictment

alleges that the purpose of the conspiracy was to allow the defendants to unjustly enrich themselves by defrauding the Fund, by artificially affecting the supply and demand for AWON stock and by inflating the price of AWON stock through illegal means. It was also the purpose and object of the conspiracy for the defendants to unjustly enrich themselves by defrauding the public shareholders of AWON.

The Indictment also alleges that the defendants caused to be executed a trade of 40,000 shares of AWON stock and caused the payment of bribe to employees associated with the Fund.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
CHRISTOPHER J. CLARK
Asst. United States Attorney
Florida Bar No.0588040
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9167
Fax: (305) 530-6168
e-mail: christopher.clark@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was hand-delivered this 10th day of January, 2003, to counsel of record.

CHRISTOPHER J. CLARK
ASSISTANT U.S. ATTORNEY