UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 02-20454-CR-DLG

**THE UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

                              MIAMI, FLORIDA

**BRUCE BERTMAN, RAY HUTCHISON,
JERRY POOLE, CHARLES ARNOLD,
a/k/a CHUCK,**

                              FEBRUARY 3, 2003

        Defendants.

*[FILED by APPEALS AUG 2 1 2003 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI]*

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE**
Volume 14

APPEARANCES:

FOR THE GOVERNMENT:

        **CHRISTOPHER J. CLARK, A.U.S.A.
        EDWARD NUCCI, A.U.S.A.**
        99 N.E. 4th Street
        Miami, FL  33132 - 305/536-6524

FOR DEFENDANT BERTMAN:

        **MARTIN LEPPO, ESQ.**
        15 South Main Street
        Randolph, MA 02368

        **ROBERT SHEKETOFF, ESQ.**
        1 McKinley Square
        Boston, MA 02109 - 617/367-3449

REPORTED BY:

        **BARBARA MEDINA, RPR-CP**
        Official Federal Court Reporter
        Federal Justice Building, Ste. 1155
        99 Northeast 4th Street
        Miami, FL  33132 - 305/523-5138
        E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**

```
 1
 2  FOR DEFENDANT POOLE:
 3                      VALENTIN RODRIGUEZ, ESQ.
                        318 Ninth Street
 4                      West Palm Beach, FL 33401

 5  FOR DEFENDANT ARNOLD:

 6                      JAMES D. HENDERSON, ESQ.
                        12121 Wilshire Boulevard, Ste. 1120
 7                      Los Angeles, CA 90025

 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```