UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 02-20454-CR-GRAHAM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BRUCE BERTMAN,

     Defendant.

_____/

## MOTION FOR EARLY TERMINATION OF PROBATION

     The Defendant, BRUCE BERTMAN, by and through his undersigned counsel, hereby respectfully moves this Honorable Court for an order authorizing the early termination of the Defendant's current probation, and as grounds would state as follows:

1. The Defendant was originally placed on probation before this Honorable Court in June of 2008.

2. The Defendant has been successfully abiding by the terms and conditions of his probation.

3. Undersigned counsel contacted the United States Probation Department who indicated that the Defendant is currently in compliance with all the terms and conditions of his probation.

4. Furthermore, the United States Probation Department has indicated they have no objection to the early termination of the Defendant's probation.

5. Additionally, undersigned counsel contacted the United States Attorney's Office.

6. The United States Attorney's Office has indicated that they have no objection to the early termination of the Defendant's probation.

7.  Other grounds to be argued Ore Tenus (if necessary).

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via the Electronic Court Filing System to Christopher Clark, Esquire, Assistant United States Attorney, United States Attorney's Office, 99 NE 4th Street, Miami, FL 33132, this 8th day of December, 2008.

LAW OFFICES OF
STEVE ROSSI, P.A.
Attorneys for Defendant
Sole Building
533 NE 3rd Avenue
Ground Floor Suite 2
Ft. Lauderdale, FL 33301
(954) 524-0506, ext. 203

By: _____

STEVE ROSSI, ESQ.
Fla. Bar No. 0745898